**RFF FAMILY PARTNERSHIP,
LP, Plaintiff,**

v.

**LINK DEVELOPMENT LLC, Jeffrey B.
Karll, Robert V. Wallace, in his capacity as Trustee of BD Lending Trust,
and Russell and Associates LLC, Defendants.**

**Civil Action No. 11–10968–NMG.**

United States District Court,
D. Massachusetts.

July 8, 2011.

Richard E. Briansky, Prince, Lobel,
Glovsky & Tye LLP, Boston, MA, for
Plaintiff.

Lawrence R. Kulig, Eckert, Seamans,
Cherin & Mellott, LLC, Jeffrey B. Loeb,

Rich May Professional Corporation, Boston, MA, for Defendants.

**PRELIMINARY INJUNCTION**

GORTON, District Judge.

Plaintiff RFF Family Partnership, LP
("RFF") moves for a preliminary injunction pursuant to Fed.R.Civ.P. 65. Defendants Link Development LLC ("Link"),
Jeffrey B. Karll ("Karll"), Robert V. Wallace ("Wallace"), in his capacity as Trustee
of BD Lending Trust ("BD Lending"), and
Russell and Associates LLC ("Russell")
have not opposed the motion.

Upon consideration of plaintiff's Application for Preliminary Injunction and because no opposition has been filed by any
of the defendants, plaintiff's motion for a
preliminary injunction (Docket No. 6) is
**ALLOWED** and it is hereby **ORDERED,
ADJUDGED and DECREED** as follows:

1) Link Development LLC, its principal
Jeffrey Karll, and their officers,
agents, servants or employees, including without limitation Russell &
Associates LLC, are enjoined from
directly or indirectly transferring,
alienating, selling, conveying, encumbering, hypothecating, assigning, dissipating, pledging, distributing or destroying any interest in or proceeds
derived from the action captioned
*Link Development LLC v. Stuart
Sojcher et al.,* Civil Action No.
SUCV2006–05242, currently pending
in the Massachusetts Superior Court
Department of Suffolk County, and a
related consolidated action captioned
*Link Development LLC v. Stuart
Sojcher et al.,* Land Court Department No. 336908;

2) No security is required pursuant to
Fed.R.Civ.P. 65(c).

This preliminary injunction shall remain
in full force and effect until the case is

decided on the merits or until modified by further order of this Court.

**So ordered.**